THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:19 CV 41

| | | |
|---|---|---|
| **FRANCES FRANKS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **SSC BREVARD OPERATING** | ) | **ORDER** |
| **COMPANY, LLC, d/b/a BRIAN CENTER** | ) | |
| **HEALTH AND REHABILITATION/** | ) | |
| **BREVARD, SAVA SENIORCARE** | ) | |
| **ADMINISTRATIVE SERVICES,** | ) | |
| **LLC, and JAN DOES 1-10** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

This matter is before the Court on the parties' Certificate and Report of F.R.C.P. 26(f) Conference (Doc. 7) and "Scheduling Order" (Doc. 8).

The Court construes these documents as being the parties' proposed discovery plan as required by LCvR 16.1.

However, given the pending Motion to Remand (Doc. 6) which was filed by Plaintiff on March 7, 2019, the Court will defer the entry of a Pretrial Order at this time.

**IT IS THEREFORE ORDERED** that further action on the parties' Certificate and Report of F.R.C.P. 26(f) Conference (Doc. 7) and "Scheduling Order" (Doc. 8) is **DEFERRED** pending resolution of Plaintiff's Motion to Remand (Doc. 6).

Signed: March 15, 2019

*W. Carleton Metcalf*
W. Carleton Metcalf
United States Magistrate Judge